(Rev. 10/2002) General Document

UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: ____________

FILED by [illegible] D.C.
OCT 18 2017
[illegible]

Breanna Wright

Plaintiff(s)

v.

Amazon Inc Company

Defendant(s)

# Charge of Discrimination

(TITLE OF DOCUMENT)

I, Breanna wright plaintiff or defendant, in the above styled cause,

I worked for the above employer from May 30, 2017 to July 3, 2017 in the position of Seasonal Shipping and Receiving Associate. During my employment, I was Sexually harassed by Javari Stephen, Co-worker. The Sexual harassment consisted of tounching my Shoulders on numerous occasions. I told Mr. Stephen to Stop touching me. On June 18, 2017, I Complained about the harassment to Matthew cross, Supervisor and no action was take Due to the harassment I was forced to resign

(Rev. 10/2002) General Document

Certificate of Service

I ____________________, certify that on this date ____________ a true copy

of the foregoing document was mailed to: ____________________
name(s) and address(es)

By:
Breanna Wright
Printed or typed name of Filer

Signature of Filer

Breannawright.445@yahoo.com
E-mail address

Florida Bar Number

(786) 651-1303
Phone Number

Facsimile Number

3143 NW 45th Street
Street Address

Miami, FL 33142
City, State, Zip Code

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

[ ] FEPA

[X] EEOC 846-2017-29536

Florida Commission On Human Relations and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Breanna L. Wright | (786) 651-1303 | 1990 |

Street Address: 3143 Nw 45th St, Miami, FL 33142 — City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| AMAZON | 15 - 100 | |

Street Address: 3200 N.W. 67th Avenue, Miami, FL 33122 — City, State and ZIP Code

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address — City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN

[ ] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION

[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 06-01-2017 Latest: 07-03-2017

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a female. I worked for the above employer from May 30, 2017 to July 3, 2017 in the position of Seasonal Shipping and Receiving Associate. During my employment, I was sexually harassed by Javari Stephen, co-worker. The sexual harassment consisted of touching my shoulders on numerous occasions. I told Mr. Stephen to stop touching me. On June 18, 2017, I complained about the harassment to Matthew Cross, Supervisor, and no action was taken. Due to the harassment, I was forced to resign.

Respondent did not provide any reason for the discriminatory treatment.

I believe that I have been discriminated against due to my sex/female in violation of Title VII of the 1964 Civil Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

August 8, 2017 — Breanna Wright

*Date* — *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: **Breanna L. Wright**
**3143 Nw 45th St**
**Miami, FL 33142**

From: **Miami District Office**
**Miami Tower, 100 S E 2nd Street**
**Suite 1500**
**Miami, FL 33131**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **846-2017-29536** | **Susan Diaz, Investigator** | **(305) 808-1768** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

MICHAEL J. FARRELL,
**District Director**

AUG 1 1 2017
*(Date Mailed)*

Enclosures(s)

cc: **Mathew I. Cross**
**General Manager**
**AMAZON**
**3200 N.W. 67th Avenue**
**Miami, FL 33122**